IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                                    PLAINTIFF

v.                              No. 3:20-cv-184-DPM-JTR

KEITH WADLE, Disciplinary Hearing
Officer;  FAUST, Warden, ADC;
JUSTIN PETERS, Disciplinary Hearing
Administrator, ADC;  VICKY HAYCOX,
Director Assistant, ADC;  DEXTER PAYNE,
Director, ADC;  and DOES, Disciplinary
Hearing Officer                                                                              DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Motion to dismiss, *Doc. 7*, granted.  Motions, *Doc. 4–6*, denied as moot.  Everett's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2020