IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                                                        PLAINTIFF

v.                     No. 3:20-cv-184-DPM

KEITH WADLE, Disciplinary Hearing
Officer; FAUST, Warden, ADC;
JUSTIN PETERS, Disciplinary Hearing
Administrator, ADC; VICKY HAYCOX,
Director Assistant, ADC; DEXTER PAYNE,
Director, ADC; and DOES, Disciplinary
Hearing Officer                                                DEFENDANTS

## JUDGMENT

Everett's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2020